422 A.2d 1174

Commonwealth v. McClinnaham, Appellant.

Submitted March 23, 1979. Eugene H. Clarke, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.

422 A.2d 1175

Commonwealth v. Murray, Appellant.

Submitted March 23, 1979. Eugene H. Clarke, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.